UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>RHONDA LEE FIRESTACK-HARVEY,<br><br>            Defendant. | No. CR-13-024-FVS-1<br><br>ORDER GRANTING MOTION FOR TRAVEL |

Defendant has moved for permission to travel to Alaska to see her elderly mother. She has been compliant with the pretrial conditions of release. Her Pretrial Services Officer does not oppose the travel, provided she calls the officer prior to leaving and after she returns. The United States does not take a position.

The Motion, **ECF No. 171,** is **GRANTED;** provided Defendant calls Officer Moore with the details of her travel within 5 business days and immediately calls him upon her return. She has permission to travel between **August 12, 2013, and August 28, 2013**. All other conditions of release remain.

**IT IS SO ORDERED.**

DATED July 31, 2013.

            S/ CYNTHIA IMBROGNO
      UNITED STATES MAGISTRATE JUDGE

**ORDER GRANTING MOTION FOR TRAVEL - 1**