UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RHONDA LEE FIRESTACK-HARVEY,<br><br>Defendant. | 2:13-CR-024-FVS-1<br><br>ORDER DENYING MOTION TO TRAVEL |

Before the Court is Defendant's Motion to Travel, at the request of the U.S. Probation Officer. Defendant has not stated the United States' position on the proposed travel. In addition, good cause has not been shown as to why the Defendant needs to travel. Accordingly, Defendant's Motion, **ECF No. 374,** is **DENIED.**

**IT IS SO ORDERED.**

DATED May 27, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION TO TRAVEL - 1