UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>RHONDA FIRESTACK-HARVEY, LARRY HARVEY, MICHELLE GREGG, ROLLAND GREGG, and JASON ZUCKER,<br><br>               Defendants. | No. CR-13-024-FVS<br><br>ORDER AUTHORIZING SUBSTITUTION OF COUNSEL |

**THIS MATTER** having come before the Court without oral argument on November 6, 2014, based upon Douglas D. Phelps' "Motion to Withdraw as Attorney of Record" (ECF No. 472) and Rolland M. Gregg's "Motion for Reconsideration" (ECF No. 478); Now, therefore

**IT IS HEREBY ORDERED**:

1. Douglas D. Phelps' "Motion to Withdraw as Attorney of Record" (**ECF No. 472**) is **granted**. He no longer represents Rolland M. Gregg.

2. Rolland M. Gregg's "Motion for Reconsideration" (**ECF No. 478**) is **granted**. Attorney Phil Telfeyan is substituted as Mr. Gregg's attorney subject to the Local Rules of the Eastern District of Washington.

3. Attorney Phil Telfeyan's motion for waiver of this District's

Order - 1

*pro hac vice* fee (**ECF No. 468**) is **granted**.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___6th___ day of November, 2014.

                    s/Fred Van Sickle
                    Fred Van Sickle
          Senior United States District Judge

Order - 2