# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:13-CR-024-FVS-1 |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO TRAVEL |
| RHONDA LEE FIRESTACK-HARVEY, | |
| Defendant. | |

Before the Court is Defendant Rhonda Firestack-Harvey's Motion for permission to travel out of the District to San Pedro, California between December 22, 2014, and January 5, 2015. Counsel indicates that neither the Probation Officer nor the United States is opposed to the request.

**IT IS ORDERED:**

1. Defendant's Motion, **ECF No. 532,** is **GRANTED.**. Defendant is authorized to travel out of the District to California during the period **December 22, 2014,** returning no later than **January 5, 2015.**

2. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 5, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION TO TRAVEL - 1