UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>RHONDA FIRESTACK-HARVEY,<br><br>                    Defendant. | NO:  2:13-CR-0024-TOR-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release (ECF No. 804).  The motion was submitted for consideration without oral argument.  The Court has reviewed the motion and the file therein and is fully informed.

On October 13, 2015, the Court issued an order granting Defendant permission to travel to and reside in Kirkland, Washington, until December 31, 2015, while she recuperates from a recent medical procedure. Defendant now seeks to further modify her conditions of release to allow her to reside in Kirkland with her son's girlfriend on a more permanent basis.  Beyond the request to change her

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 1

residence, Defendant also requests that the Court allow her blanket permission to travel between Kirkland, Spokane, and Colville, Washington without seeking advance approval of her probation officer, and finally, to terminate her curfew condition.  The Defendant has been granted permission to travel on several occasions during the pendency of this matter with no problems and has otherwise abided by all conditions of her release, to include her curfew.  In her motion, the Defendant notes that neither the government nor the probation office are opposed to the proposed changes in her release conditions. The United States Probation Officer has been contacted and does not oppose the request, but indicates that a transfer of supervision to the United States Probation Office for the Western District of Washington may be required and expressed concern about whether Defendant's conditions of release allow for contact with her son, and co-Defendant, Rolland Gregg. Based on the Defendant's previous good conduct while under conditions of pre-trial and post-trial release, the Court finds that good cause exists to again modify Defendant's conditions of release and allow her to reside in Kirkland, Washington until the conclusion of the appeal in this matter; to allow her to travel between the western and eastern districts of Washington without seeking advance permission of the United States Probation Office; and to terminate the curfew provision of her supervised release.  Finally, the Court sees no reason to

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 2

prohibit contact between Defendant and her son, and co-Defendant, Rolland Gregg.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. Defendant's Motion to Modify Conditions of Release (ECF No. 804) is **GRANTED**.

2. Defendant is permitted to reside in Kirkland, Washington, until the conclusion of the appeal in this matter.

3. Defendant is allowed to travel between the eastern and western districts of Washington without seeking advance permission from the U.S. Probation Office.

4. If directed by the United States Probation Office and approved by the Chief Judge for the Western District of Washington, Defendant's supervision may be transferred to that district.

5. Defendant's curfew restriction is terminated from her conditions of supervision.

6. Defendant is not prohibited from communicating with her son, and co-Defendant, Rolland Gregg or residing with her son.

7. All other terms and conditions of Defendant's post-trial supervision remain in effect.

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 3

1  The District Court Executive is hereby directed to enter this Order and
2  furnish copies to counsel.
3      **DATED** December 1, 2015.



THOMAS O. RICE
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 4