UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>RHONDA FIRESTACK-HARVEY,<br><br>　　　　　　　　Defendant. | NO: 2:13-CR-0024-TOR-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |

BEFORE THE COURT are Defendant's Motion to Modify Conditions of Release (ECF No. 810) and Motion to Expedite (811). The motions were submitted for consideration without oral argument. The Court has reviewed the motions and the file therein and is fully informed.

On December 1, 2015, the Court granted Defendant's motion to modify her conditions of release to allow her to reside in the Western District of Washington; allow her blanket travel between the Eastern and Western Districts of Washington; and abolish her curfew. In her instant motion, Defendant requests to further modify her release conditions to allow her to travel to Alaska between December

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 1

20, 2015 and January 5, 2016. In her motion, Defendant notes that neither the government nor the probation office are opposed to her proposed holiday travel. The United States Probation Officer has been contacted and states that neither the Probation Officer for the Eastern District or Western District of Washington oppose the request. Defendant has been allowed to travel on several occasions during the pendency of this matter with no problems and has otherwise abided by all conditions of release. For good cause shown, the motions are granted.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. Defendant's Motion to Modify Conditions of Release (ECF No. 810) and Motion to Expedite (ECF No. 811) are **GRANTED**.

2. Defendant is permitted to travel to Alaska between December 20, 2015 and January 5, 2016. Defendant shall notify her probation officer of her travel plans no less than 24 hours before her departure and contact the United States Probation Office upon her return to either the Eastern or Western District of Washington.

3. All other terms and conditions of Defendant's post-trial supervision remain in effect.

//

//

//

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 2

1   The District Court Executive is hereby directed to enter this Order and

2   furnish copies to counsel.

3      **DATED** December 11, 2015.



THOMAS O. RICE
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 3