UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>RHONDA FIRESTACK-HARVEY,<br><br>                      Defendant. | NO: 2:13-CR-0024-TOR-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release (ECF No. 813). The motion was submitted for consideration without oral argument. The Court has reviewed the motion and the entire file and is fully informed.

Defendant requests to modify her current post-trial release conditions to allow her to travel to Alaska between April 18 and May 1, 2016. In her motion, Defendant notes that neither the government nor the probation office are opposed to her proposed travel. Defendant has been allowed to travel on several occasions

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 1

during the pendency of this matter with no problems and has otherwise abided by all conditions of release.  For good cause shown, the motion is granted.

ACCORDINGLY, IT IS HEREBY ORDERED:

1.  Defendant's Motion to Modify Conditions of Release (ECF No. 813) is **GRANTED**.

2.  Defendant is permitted to travel to Alaska between April 18 and May 1, 2016.  Defendant shall notify her probation officer of her travel plans no less than 24 hours before her departure and contact the United States Probation Office upon her return to either the Eastern or Western District of Washington.

3.  All other terms and conditions of Defendant's post-trial supervision remain in effect.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and the United States Probation Office.

**DATED** March 10, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 2